AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| United States of America<br>v.<br>Arthur Comegys<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. **13-2013 TJS** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 22, 2013__ in the county of __Baltimore City__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 | Possession with Intent to Distribute and Distribution of Cocaine |

This criminal complaint is based on these facts:

See Attached Affidavit of TFO Derek Ostrow

☑ Continued on the attached sheet.

_____
Complainant's signature

TFO Derek Ostrow
Printed name and title

Sworn to before me and signed in my presence.

Date: __08/23/2013__

_____
Judge's signature

City and state: __Baltimore, Maryland__   Timothy J. Sullivan, United States Magistrate Judge
Printed name and title



Affidavit In Support of Criminal Complaint

1. This Affidavit is submitted in support of a criminal complaint charging ARTHUR COMEGYS with a violation of 21 U.S.C. § 841(a)(1). All information contained in this Affidavit, from whatever source derived, is either personally known to me or has been related to me by other sworn law enforcement personnel. This Affidavit does not contain all facts known to law enforcement officials about the investigation described herein.

## Expertise of TFO Derek Ostrow

2. Your Affiant, Task Force Officer (TFO) Derek Ostrow, is an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510 (7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516. TFO Derek Ostrow is currently assigned as a Task Force Officer of the Drug Enforcement Administration (DEA) HIDTA Group 51.

3. Your affiant has been a sworn member of the Baltimore Police Department since July 1993. During this time your affiant has served as a Uniformed Patrol Officer and member of the following units: Baltimore City Police Department Northern District Drug Enforcement Unit, CID / Intelligence undercover operations unit, US Customs Seaport Group, DEA Met Team (mobile enforcement team), DEA SIG (special investigation group), DEA HIDTA Group 54, DEA Group 51, and is currently assigned to FBI-VCSSI.

4. Your affiant has received numerous hours of specialized training in C.D.S. enforcement to include, but not limited to, C.D.S. packaging, identification, C.D.S. distribution, search and seizure, undercover operations, wiretapping and electronic surveillance equipment. Your affiant has received training from various agencies to include the Baltimore City Police Department, Baltimore County Police Department, DEA, INS, M.S.P. ICE, National Guard and the MAGLOCLEN Group. Your affiant has also worked closely with these agencies in the past.

5. As a member of the Baltimore Police Department your affiant has prepared / written, numerous search and seizure warrants for C.D.S. violations as well as having been part of

the entry team on several hundred search and seizure warrant executions. Your affiant has worked in and under cover capacity, and made over 200 under cover purchases of various types of C.D.S. to include, but not limited to, Marijuana, Cocaine, Heroin, and Ecstasy. Your affiant has made or participated in numerous arrests of persons who have violated the C.D.S. laws of the State of Maryland. These arrests and search and seizure warrant executions have resulted in the seizure of large amounts of C.D.S. as well as US Currency, weapons, vehicles and real estate being seized.

6. Your affiant has participated in several prior investigations that have utilized court ordered interception of wire communications as an investigative tool; therefore, your affiant is familiar with the lawful use of electronic and wire surveillance equipment in investigations of distribution of controlled dangerous substances. Through these experiences your affiant has lawfully intercepted conversations and become familiar with jargon related to the distribution of controlled dangerous substances. As a result of his law enforcement experience, your Affiant, TFO Ostrow, has debriefed numerous defendants, cooperating witnesses, and others who have had experience in the distribution, packaging, and distribution of controlled dangerous substances. Consequently, your Affiant has become familiar with the phraseology and practices of those that abuse and illegally distribute controlled dangerous substances.

### Undercover Purchase of Narcotics

7. On August 22, 2013, at approximately 1425 hours, an undercover Baltimore Police officer ("UC 49") was conducting operations in the area of West Baltimore Street and Hilton Parkway with the purpose of purchasing street level narcotics. While there, UC 49 observed a black male riding a bicycle wearing no shirt, grey cargo pants and a white belt. The male was later identified as Arthur Comegys (DOB ██/1984; SID # ██████) ("COMEGYS").

8. UC 49 asked COMEGYS if he could get five dimes of ready. "Dimes of ready" is street terminology for ten dollar units of cocaine, a controlled dangerous substance.

9. COMEGYS asked UC 49 to meet him on the other side of the field. UC 49 followed COMEGYS through a field to the area of 3500 Old Frederick Road. Once there, UC 49 observed COMEGYS exit 3502 Old Frederick Road. COMEGYS told UC 49 he only

had "twenties," not "dimes." Twenties is street terminology for twenty dollar units of cocaine. UC 49 replied: "That's cool. Can I get three for fifty?" COMEGYS said, "yea."

10. COMEGYS approached UC 49 and handed him three clear ziplocks containing a white substance. Based on the experience of the officer and the physical appearance of the substance, the substance is suspected to be cocaine. UC 49 then handed COMEGYS fifty dollars of pre-recorded departmental currency.

### Search of 3502 Old Frederick Road

11. An arrest team immediately surrounded 3502 Old Frederick Road and secured the front and rear entryways. Forced entry was made through the front door. Two black males were located inside. COMEGYS attempted to flee out the rear door and was arrested. Search incident to arrest resulted in the seizure of $25 in pre-recorded departmental currency from COMEGYS. The remaining pre-recorded money was found on one of the other occupants of the residence.

12. The location was secured while a search warrant was obtained. Execution of the search warrant resulted in the seizure of two digital scales with residue, suspected cocaine, as well as court papers in the name of Marquise Queen.

13. Based on the foregoing, Your Affiant respectfully submits that probable cause exists to believe that ARTHUR COMEGYS possessed with intent to distribute and did distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

_____
TFO Derek Ostrow, FBI

Subscribed and sworn to before me on August 23, 2013.

_____, USMJ
Timothy J. Sullivan
United States Magistrate Judge